


**Ohio Attorney General's Office**
**Bureau of Criminal Investigation**
Investigative Report

2018-1515
Officer Involved Critical Incident - 1813 Nichols Road, Akron, OH 44312, Summit County

| | |
|---|---|
| **Investigative Activity:** | Information Provided |
| **Involves:** | Ryan Christopher Angerstien (O) |
| **Date of Activity:** | 06/26/2018 |
| **Author:** | SA Charles H. Snyder, #90 |

**Narrative:**

On Tuesday June 26, 2018, at 1334 hours and upon request for Ohio Attorney General's - Bureau of Criminal Investigation (BCI) Special Agent Cory Momchilov (Momchilov), BCI Special Agent Charlie Snyder (Snyder) initiated efforts to locate and obtain any reports, videos, recordings, or other documentation on this incident filed by Summit County Sheriff's Office (SCSO). Snyder during this effort made telephone contact with that agency's records department.

Snyder initially was advised by SCSO records personnel that all related reports had been turned over to the Springfield Township Police Department (STPD)- Sergeant East. Subsequent contact by Momchilov with STPD determined that they had not received or took possession of any reports from SCSO. Momchilov notified Snyder of this information.

Snyder, based on Momchilov's information, initiated subsequent contact with SCSO records room personnel and continued to press request for records, videos, and any information filed with that agency on this incident. Those personnel advised at this time their agency had no records or other information pertaining to this matter. Momchilov was subsequently advised.

Note: This report does not pertain to SCSO 9-1-1 recording tapes, radio calls, logs, and other information requested of SCSO and received on June 19, 2018, and turned over later that date to Momchilov.

This document is the property of the Ohio Bureau of Criminal Investigation and is confidential in nature. Neither the document nor its contents are to be disseminated outside your agency.