It is so ordered.  This matter is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
11/25/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ANGERSTIEN, | ) | CASE NO.: 5:20-CV-01333 |
| | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| vs. | ) | |
| | ) | |
| SPRINGFIELD TOWNSHIP, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raymond Agnerstien, as Father and Administrator of the Estate of Ryan Angerstien, deceased, and Defendants, Springfield Township Board of Trustees, Officer Billie Laurenti, Sgt. Brian Troyer, Officer Stephen Burket, Police Chief David Hoover, and Springfield Township Police Officer John Doe 2 by and through their respective attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, with each party to bear its own costs and fees.  The parties request that the Clerk of Courts now close this case.